365 A.2d 1251
COMMONWEALTH of Pennsylvania,
Appellee,

v.

James Wesley MILLER, Appellant.

Supreme Court of Pennsylvania.
Nov. 24, 1976.

Philip D. Freedman, Harrisburg, for appellant.

Marion E. MacIntyre, Second Asst. Dist. Atty., Harrisburg, for appellee.

Before JONES, C. J. and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.
Order affirmed.